### STATE v. M. C. WHITMAN AND MYRTLE RUSSELL.

#### (Filed 24 December, 1920.)

APPEAL by defendants from *Lane, J.,* at the September Term, 1920, of ROWAN.

The defendants were convicted of the crime of fornication and adultery and appealed from the judgment pronounced on the verdict.

The exception relied on is to the refusal to nonsuit.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*Maness & Armfield, Whitehead Klutzz, Walter Woodson, and J. M. Waggoner for defendants.*

PER CURIAM. The evidence in behalf of the State is much stronger than in *S. v. Waller,.* 80 N. C., 401, the case relied on by the defendants, and is ample to sustain the verdict and the cross-examination of the defendant Whitman shows that the jury made no mistake.

We see no reason for disturbing the verdict.